```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHAPA BLUE, LTD,

           Plaintiff,

    -v-

MT. HAWLEY INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------------X

24-cv-0875 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The motion at Dkt. No. 39 is denied without prejudice. The parties have not explained why fact discovery could not be completed with a two month extension (i.e., by August 19) and all discovery completed by October 2, 2024. The Court denies the motion at Dkt. No. 38 as moot.

    The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 38 and 39.

SO ORDERED.

Dated: June 18, 2024
      New York, New York

                                                        LEWIS J. LIMAN
                                                   United States District Judge