UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAPA BLUE, LTD<br><br>　　　　Plaintiff<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:24-cv-00875 (LJL) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice (the "**Stipulation**"). The Court, noting that the Stipulation is agreed, is of the opinion that the Stipulation should be granted.

THEREFORE, it is ORDERED that all causes of action asserted in the above-styled and numbered case are hereby dismissed with prejudice, with costs to be taxed against the party incurring same.

DATED this __13__ day of _____November_____, 2024.

_____
LEWIS J. LIMAN
United States District Judge